UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. C 14-2876 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. CHAPPELL, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 9, 2015

_____
SUSAN ILLSTON
United States District Judge